RECEIVED
IN ALEXANDRIA, LA.
FEB 10 2010
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HAROLD D. BIRDWELL, et al | CIVIL ACTION NO. 09-1564 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| XTO ENERGY INC., et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion to sever, doc. # 3 is DENIED. The motion to remand, doc. # 11, is GRANTED only as to plaintiffs Coy Dees, Artie Dees, Kathleen Jennings, Harold D. Birdwell, Jr., Larry W. Hooper, Sr., Vicki parker Jordan, Gene and Betty Wiley, and Robert and Linda Wilson. This court will retain jurisdiction over all other plaintiffs' claims and, therefore, to that extent, the motion to remand is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 10th day of February, 2010.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**