

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HAROLD D. BIRDWELL, et al. | CIVIL ACTION NO. 09-1564 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| XTO ENERGY INC., et al. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to dismiss and to strike, Doc. No. 7, is DENIED, except that plaintiffs' claim under LUTPA should be dismissed and, therefore, to that extent only, the motion should be GRANTED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 29th day of March, 2010.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**